No. 436. ARGO *v.* COMMISSIONER OF INTERNAL REVENUE. November 5, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. H. Cecil Kilpatrick* and *Douglas Arant* for petitioner. *Solicitor General McGrath, Assistant At-*

*torney General Clark, Messrs. Sewall Key* and *Robert N. Anderson* for respondent.

